**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**John MARTINEZ, also known as Eudipepe Benavides–Martinez, also known as Jose Antonio Riveria Echevarria, Defendant–Appellant.**

No. 08–30648
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 16, 2009.

Tracey Nicole Knight, Assistant U.S. Attorney, U.S. Attorney's Office Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Patrick C. McGinity, Metairie, LA, for Defendant–Appellant.

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent John Martinez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Martinez has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

The record does reveal a clerical error in the judgment. *See* FED.R.CRIM.P. 36. Although the district court's docket sheet indicates that the district court dismissed Count 2 of the indictment against Martinez, that dismissal is not reflected in the written judgment. This matter is REMANDED for correction of the clerical error pursuant to FED.R.CRIM.P. 36.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.